UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| JAN KARPIUK, ) | CASE NO. 06-17098 | |
| ) | | |
| Debtor ) | Hon. John H. Squires | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 680, Chicago, IL 60604

    On: **June 24, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                   $10,053.71

    Disbursements                                                         $358.26

    Net Cash Available for Distribution                         $9,695.45

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GREGG SZILAGYI<br>Trustee | $0.00 | $1,755.14 | $0.00 |
| POPOWCER KATTEN LTD.<br>Accountant for Trustee (Other Firm) | $0.00 | $840.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.      Claims of general unsecured creditors totaling $42,728.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 16.61%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 2,132.71 | 2,132.71 |
| 2 | Chase Bank USA, NA (tardy) | 10,432.85 | 1,276.05 |
| 3 | FIA Card Svcs/Bank of AmericaNA/USA & MBNA America (tardy) | 12,972.96 | 1,586.73 |
| 4 | FIA Card Svcs/Bank of America NA/USA & MBNA America (tardy) | 16,461.65 | 2,013.43 |
| 5 | LVNV Funding LLC its successors and assigns (tardy) | 728.44 | 89.10 |

8.      Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Personal Checking account with Community Bank | 0.00 |
| 2000 Jeep Cherokee | 8,000.00 |
| Used Personal Clothing | 500.00 |
| Term Life Insurance Policy- No Cash Surrender Value | 0.00 |
| Qualified Union Pension Plan | 20,000.00 |
| Savings account with Community Bank | 0.00 |
| Miscellaneous Household Goods and Used Furniture | 2,000.00 |
| Used books, compact discs family pictures | 150.00 |

Dated: **May 22, 2008**                                               For the Court,

                                                          By:   **KENNETH S. GARDNER**
                                                                Kenneth S. Gardner

                                                             Clerk of the U.S. Bankruptcy Court
                                                             219 S. Dearborn Street; 7th Floor
                                                             Chicago, IL 60604

| | |
|---|---|
| Trustee: | Gregg Szilagyi |
| Address: | One South Wacker Drive |
| | Chicago, Illinois 60606 |
| Phone No.: | (312) 634-4748 |

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1           User: amcc7                  Page 1 of 1         Date Rcvd: May 22, 2008
Case: 06-17098                 Form ID: pdf002              Total Served: 18

The following entities were served by first class mail on May 24, 2008.
db           +Jan Karpiuk,   2923 N 77th Court,   Elmwood Park, IL 60707-1307
aty          +Gregg Szilagyi, Esq,   One South Wacker Drive,   Suite 800,   Chicago, IL 60606-4650
aty          +Michael J Worwag,   Law Offices of Michael J Worwag PC,   6500 W Archer Avenue,
               Chicago, IL 60638-2425
tr           +Gregg Szilagyi,   Tailwind Services LLC,   One South Wacker Drive,   Suite 800,
               Chicago, IL 60606-4650
11079063     +Boa Mbna,   Pob 17054,   Wilmington, DE 19884-0001
11079064     +Bp/Cbsd,   Po Box 6003,   Hagerstown, MD 21747-6003
11602090     +Chase Bank USA, NA,   P.O. Box 15145,   Wilmington, DE 19850-5145
11079066     +Chase Manhattan Mortga,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
11079062    +++FIA Card Svcs/Bank of America NA/USA & MBNA Americ,   Mr. BK,   1000 Samoset Dr,   DE5-023-03-03,
               Newark, DE  19713
11079068     +Household Bank (SB) NA (Best Buy),   c/o Bass & Associates PC,   3936 E Ft Lowell Rd  Ste 200,
               Tucson, AZ 85712-1083
11079069     +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
11079070     +Thd/Cbsd,   Po Box 6003,   Hagerstown, MD 21747-6003
11079071     +United Consumer Finl S,   865 Bassett Rd,   Westlake, OH 44145-1194
11079072     +Wash Mutual/Providian,   Po Box 9180,   Pleasanton, CA 94566-9180

The following entities were served by electronic transmission on May 23, 2008.
11079065     +Fax: 602-221-4614 May 23 2008 03:35:01      Chase,   900 Stewart Ave,   Garden City, NY 11530-4891
11315354     +E-mail/PDF: mrdiscen@discoverfinancial.com May 23 2008 06:42:43
               Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
11079067     +E-mail/PDF: mrdiscen@discoverfinancial.com May 23 2008 06:42:43      Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
11802233      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 24, 2008**                    **Signature:** _Joseph Speetjens_