**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| JAN KARPIUK, | ) | CASE NO. 06-17098 |
| | ) | |
| Debtor | ) | Hon. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks and the final bank statement reflecting a balance of zero for this estate are attached as Group Exhibit "B."

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

| | |
|---|---|
| October 6, 2008 | Gregg Szilagyi |
| DATE | TRUSTEE |

Gregg Szilagyi
One South Wacker Drive
Chicago, Illinois 60606
(312) 634-4748

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| JAN KARPIUK, | ) | CASE NO. 06-17098-JHS |
| | ) | |
| Debtor | ) | Hon. John H. Squires |

### DISTRIBUTION REPORT

I, Gregg Szilagyi, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $2,595.14 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(7),507(a)(9)-(a)(10)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $7,104.44 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $9,699.58 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 2,595.14 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | GREGG SZILAGYI, Trustee Compensation | $1,755.14 | $1,755.14 |
|  | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
|  | POPOWCER KATTEN LTD., Accountant for Trustee Fees (Other Firm) | $840.00 | $840.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§507(a)(4) - Wages,                                              $ 0.00
salaries or commissions
limited to $10,000.00

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

| | |
|---|---|
| §507(a)(10) – Death & Personal Injury Claims for DUI | $ 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 2,132.71 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services, General Unsecured 726(a)(2) | $2,132.71 | $2,132.71 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 40,595.90 | 12.25 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2 | Chase Bank USA, NA, Tardy General Unsecured 726(a)(3) | $10,432.85 | $1,277.70 |
| 3 | FIA Card Svcs/Bank of America NA/USA & MBNA Americ, Tardy General Unsecured 726(a)(3) | $12,972.96 | $1,588.78 |
| 4 | FIA Card Svcs/Bank of America NA/USA & MBNA Americ, Tardy General Unsecured 726(a)(3) | $16,461.65 | $2,016.04 |
| 5 | LVNV Funding LLC its successors and assigns as, Tardy General Unsecured 726(a)(3) | $728.44 | $89.21 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED   June 24, 2008                           /s/ Gregg Szilagyi
                                                **Gregg Szilagyi**, Trustee

Gregg Szilagyi (ARDC #6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone:   (312) 634-4748
Facsimile:   (312) 634-5520

- 5 -

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| JAN KARPIUK, | ) | CASE NO. 06-17098 |
| | ) | |
| Debtor | ) | Hon. John H. Squires |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS **HEREBY ORDERED** that the Trustee's compensation and expenses are allowed as follows;

1. Trustee's compensation      $1,755.14
2. Trustee's expenses      $0.00

            TOTAL      $1,755.14

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED:

JUN 2 4 2008

By: _____
United States Bankruptcy Judge

*Order Prepared by:*

Gregg Szilagyi (ARDC #6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 634-4748
Facsimile: (312) 634-5520

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: JAN KARPIUK        )    CASE NO. 06 B 17098
                          )
                          )    CHAPTER 7 CASE
        DEBTOR            )
                          )    HON. JOHN H. SQUIRES
                          )

### ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period October 24, 2007 through October 26, 2007 in the amount of $840.00 and reimbursement of expenses in the amount of $0.00.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(1) of the Bankruptcy Code.

BY THE COURT

JUN 2 4 2008

U.S. BANKRUPTCY JUDGE

# EXHIBIT B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-17098
Case Name: JAN KARPIUK
Taxpayer ID No: XX-XXX1793
For Period Ending: 10/6/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX1106 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 4/12/2007 | 1 | JAN KARPIUK 2923 N 77TH CT ELMWOOD PARK, ILLINOIS 60707 | DOWN PAYMENT ON PURCHASE BY DEBTOR | 1110-000 | 5,000.00 | | 5,000.00 |
| 4/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 2.04 | | 5,002.04 |
| 4/30/2007 | 1 | Transfer to Acct#XXXXXXX1180 | Transfer of Funds | 9999-000 | | 350.00 | 4,652.04 |
| 5/21/2007 | 1 | JAN KARPIUK | INSTALLMENT PAYMENT RE RESIDENCE | 1110-000 | 1,000.00 | | 5,652.04 |
| 5/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 4.20 | | 5,656.24 |
| 6/29/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 4.64 | | 5,660.88 |
| 7/5/2007 | 1 | JAN KARPIUK | INSTALLMENT - PURCHASE OF RESIDENCE | 1110-000 | 1,000.00 | | 6,660.88 |
| 7/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 5.44 | | 6,666.32 |
| 8/9/2007 | 1 | JAN KARPIUK | FINAL PAYMENT ON RE PURCHASE | 1110-000 | 1,000.00 | | 7,666.32 |
| 8/16/2007 | 1 | JAN KARPIUK | | 1110-000 | 2,000.00 | | 9,666.32 |
| 8/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 6.83 | | 9,673.15 |
| 9/28/2007 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 6.15 | | 9,679.30 |
| 10/31/2007 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 6.17 | | 9,685.47 |
| 11/30/2007 | INT | Bank of America | Interest Rate 0.650 | 1270-000 | 5.17 | | 9,690.64 |
| 12/31/2007 | INT | Bank of America | Interest Rate 0.500 | 1270-000 | 4.63 | | 9,695.27 |
| 1/31/2008 | INT | Bank of America | Interest Rate 0.400 | 1270-000 | 3.84 | | 9,699.11 |
| 2/28/2008 | 001000 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | | 2300-000 | | 8.26 | 9,690.85 |
| | | | | Page Subtotals | 10,049.11 | 358.26 | |

Page: 1

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-17098
Case Name: JAN KARPIUK
Taxpayer ID No: XX-XXX1793
For Period Ending: 10/6/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1106 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 2/29/2008 | INT | Bank of America | Interest Rate 0.300 | 1270-000 | 2.31 | | 9,693.16 |
| 3/31/2008 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 2.29 | | 9,695.45 |
| 4/30/2008 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 1.99 | | 9,697.44 |
| 5/30/2008 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 1.22 | | 9,698.66 |
| 6/24/2008 | INT | Bank of America | Interest | 1270-000 | 0.92 | | 9,699.58 |
| 6/24/2008 | | Transfer to Acct#XXXXXX1180 | Transfer of Funds | 9999-000 | | 9,699.58 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 10,057.84 | 10,057.84 |
| Less: Bank Transfers/CD's | 0.00 | 10,049.58 |
| Subtotal | 10,057.84 | 8.26 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 10,057.84 | 8.26 |

Page Subtotals  8.73  9,699.58  0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-17098
Case Name: IAN KARPIUK
Taxpayer ID No: XX-XXX1793
For Period Ending: 10/6/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX1180 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 4/30/2007 | | Transfer from Acct#XXXXXX1106 | Transfer of Funds | 9999-000 | 350.00 | | 350.00 |
| 4/30/2007 | 001001 | Weiss, Mark B.<br>2442 N. Lincoln Avenue<br>Chicago, Illinois 60614 | REIMBURSEMENT FOR BPO ON RESIDENCE | 6920-000 | | 350.00 | 0.00 |
| 6/24/2008 | | Transfer from Acct#XXXXXX1106 | Transfer of Funds | 9999-000 | 9,699.58 | | 9,699.58 |
| 6/30/2008 | 001002 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 1,755.14 | 7,944.44 |
| 6/30/2008 | 001003 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 840.00 | 7,104.44 |
| 6/30/2008 | 001004 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | (Final distribution to Claim 1, representing a Payment of 100.00% per court order.) | 7100-000 | | 2,132.71 | 4,971.73 |
| 6/30/2008 | 001005 | Chase Bank USA, NA<br>P.O. Box 15145<br>Wilmington, DE 19850 | (Final distribution to Claim 2, representing a Payment of 12.25% per court order.) | 7200-000 | | 1,277.70 | 3,694.03 |
| 6/30/2008 | 001006 | FIA Card Svcs/Bank of America NA/USA & MBNA Americ<br>Mr. BK<br>1000 Samoset Dr<br>DE5-023-03-03<br>Newark, DE 19713 | (Final distribution to Claim 3, representing a Payment of 12.25% per court order.) | 7200-000 | | 1,588.78 | 2,105.25 |
| | | | Page Subtotals | | 10,049.58 | 7,944.33 | |

Page: 3

Page: 4

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-17098
Case Name: IAN KARPIUK
Taxpayer ID No: XX-XXX1793
For Period Ending: 10/6/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX1180 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 6/30/2008 | 001007 | FIA Card Svcs/Bank of America NA/USA & MBNA Americ<br>Mr. BK<br>1000 Samoset Dr<br>DE5-023-03-03<br>Newark, DE 19713 | (Final distribution to Claim 4, representing a Payment of 12.25% per court order.) | 7200-000 | | 2,016.04 | 89.21 |
| 6/30/2008 | 001008 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (Final distribution to Claim 5, representing a Payment of 12.25% per court order.) | 7200-000 | | 89.21 | 0.00 |

|  | COLUMN TOTALS | 10,049.58 | 10,049.58 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 10,049.58 | 10,049.58 | |
|  | Less: Payments to Debtors | 0.00 | 0.00 | |
|  | Net | 10,049.58 | 10,049.58 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX1106 | 10,057.84 | 8.26 | 0.00 |
| CHECKING ACCOUNT - XXXXXX1180 | 0.00 | 0.00 | 0.00 |
| TOTAL OF ALL ACCOUNTS | 10,057.84 | 10,049.58 | 0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals         0.00         2,105.25

**Bank of America**

```
CUSTOMER CONNECTION                          Account Number     4428951180
BANK OF AMERICA, N.A.                        01 01 148 06 M0000 E#       2
DALLAS, TEXAS   75283-2406                   Last Statement:    07/31/2008
                                             This Statement:    08/29/2008


                                             Customer Service
    ESTATE OF                                1-877-757-8233
    KARPIUK, JAN, DEBTOR
    GREGG SZILAGYI - TRUSTEE                 Page        1 of      2
    06-17098
    C/O GLOBAL GOVERNMENT BANKING            Bankruptcy Case Number:0617098
    ***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 08/01/2008 - 08/29/2008    Statement Beginning Balance         3,604.82
Number of Deposits/Credits            0     Amount of Deposits/Credits               .00
Number of Checks                      2     Amount of Checks                    3,604.82
Number of Other Debits                0     Amount of Other Debits                   .00
                                            Statement Ending Balance                 .00
Number of Enclosures                  2
                                            Service Charge                           .00
```

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1006 | 1,588.78 | 08/19 | 3830643355 | 1007 | 2,016.04 | 08/19 | 3830643356 |

**Daily Balances**

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 3,604.82 | 3,604.82 | 08/29 | .00 | .00 |
| 08/19 | .00 | .00 | | | |

Recycled Paper