UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Jan Karpiuk, | ) | CASE NO.  06 B 17098 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. John H. Squires |

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:  Gregg Szilagyi
Tailwind Services LLC
One South Wacker Drive
Suite 800
Chicago, IL 60606
Registrant's e-mail: gs@tailserv.com**

**Please Take Notice** that on **November 20, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                    WILLIAM T. NEARY
                    UNITED STATES TRUSTEE

DATED: November 20, 2008           BY: /s/ Kathryn M. Gleason
                    Kathryn M. Gleason, Attorney
                    OFFICE OF THE U.S. TRUSTEE
                    227 WEST MONROE, SUITE 3350
                    CHICAGO, ILLINOIS  60606
                    (312) 886-3327

**CERTIFICATE OF SERVICE**

I, Kathryn M. Gleason, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on November 20, 2008.

                    /s/ Kathryn M Gleason